DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENEE WEAVER,**
Appellant,

v.

**DANIEL WEAVER,**
Appellee.

No. 4D2025-0574

[July 30, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Darren Dunifon Shull, Judge; L.T. Case No. 502018DR003419XXXXMB.

Curt Sanchez of The Law Offices of Curt Sanchez, P.A., West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***